# UNITED STATES COURT OF APPEALS

## SECOND CIRCUIT

CHAMBERS OF ROBERT D. SACK
UNITED STATES CIRCUIT JUDGE

212-857-2140

Amended 6/30/09 per
6/26/09 letter.

UNITED STATES COURTHOUSE
40 FOLEY SQUARE, NEW YORK, NY 10007

Sack_Robert_D1

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sack, Robert D. | US Court of Appeals, 2d Cir. | 5/1/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Circuit Judge (Active) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 40 Foley Square, Suite 601 New York, NY 10007 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | William F. Kerby and Robert S. Potter Fund |
| 2. Lecturer in Law | Columbia Law School |
| 3. Member, Columbia Board of Visitors | Columbia Law School |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/3/98 | Practising Law Institute and Robert D. Sack, publication of 3rd edition of treatise on defamation law; royalty 15% of net receipts |
| 2. 1998 | Gibson, Dunn & Crutcher LLP Retirement Agreement between Gibson Dunn & Crutcher LLP and Robert D. Sack; Terms: $6,000 per month, no increase, decrease or cap |
| 3. | |

RECEIVED 2009 JUL -7 A 11: 21 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 5/1/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Practising Law Institute Book Royalties | $15,114.45 |
| 2. 2008 | Gibson, Dunn & Crutcher LLP Retirement Plan | $72,000.00 |
| 3. 2008 | Lecturer in Law, Columbia Law School | $7,500.00 |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Dewey Ballantine Partnership Distribution |
| 2. 2008 | West Services Inc. |
| 3. 2008 | Katten Muchin Rosenman Retirement Payments |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Federal Bar Council | 10/24-26/2008 | Lenox, MA | Bench & Bar Retreat | Travel, Hotel, Food. |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 5/1/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank Aadvantage | Credit Card | J |
| 2. Citibank Aadvantage | Credit Card | J |
| 3. Chase Visa | Credit Card | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 5/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorgan Chase Accounts | A | Interest | L | T | | | | | |
| 2. JPMorgan 3916 US Govt MMKT Fund - Morgan | D | Dividend | | | Transferred (to line 3) | 7/11 | N | | |
| 3. JP Morgan 1086 US Govt MMKT Fund - Premier (formerly Morgan) | B | Dividend | N | T | Transferred (from line 2) | 7/11 | N | | |
| 4. Unsecured loan to David W. McClintick | | None | J | T | | | | | |
| 5. Dewey Ballantine Partnership Capital Account | | None | J | T | | | | | |
| 6. GD&C CitiStreet 401(k) | D | Interest | O | T | | | | | |
| 7. - SSgA Money Market Fund | | | | | | | | | |
| 8. Oppenheimer Advantage Municipal Liquidity Fund (Y) | | | | | | | | | |
| 9. Boeing Co. Common Stock | A | Dividend | J | T | | | | | |
| 10. Blackrock New York Insured Municipal Income Trust III | B | Dividend | K | T | | | | | |
| 11. Van Kampen Trust for Invt. Grade NY Municipals | A | Dividend | J | T | | | | | |
| 12. Oppenheimer NY Municipal Fund Cl A | C | Dividend | K | T | | | | | |
| 13. Oppenheimer NY SFSA 5% Due 3/15/10 | A | Int./Div. | K | T | Buy | 10/2 | K | | |
| 14. JPMorgan Chase Traditional IRA | A | Interest | J | T | | | | | |
| 15. Northwestern Mutual Life Insurance Policy | C | Dividend | L | T | | | | | |
| 16. Guardian Life Insurance Policy | A | Dividend | K | T | | | | | |
| 17. Massachusetts Mutual Life Insurance Policy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 5/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morgan Stanley Bank Deposit Program | A | Dividend | L | T | | | | | |
| 19. Morgan Stanley MTA 5.35 Zero Coupon Bond due 7/1/12 | A | Interest | K | T | | | | | |
| 20. MS New York Genl Oblig Ref Ser-C due 4/15/13 | A | Interest | K | T | | | | | |
| 21. MS NYS DA SECD Hosp Interfaith Med Bond 5.25 due 2/15/14 | C | Interest | | | Sold | 2/15 | L | A | |
| 22. Morgan Stanley LIPA 5.60 Zero Coupon Bond due 6/1/14 | A | Interest | K | T | | | | | |
| 23. MS NYS Power Auth Rev Ref Ser-C 4% due 11/15/20 | A | Interest | K | T | Buy | 10/29 | K | | |
| 24. MS NYC Genl Oblig Ser-I 4% Due 2/1/22 | B | Interest | L | T | Buy | 2/14 | K | | |
| 25. Morgan Stanley Fed Home Ln Mtg Med Tm N 4% 10/15/10 | B | Interest | | | Sold | 3/20 | K | A | |
| 26. Morgan Stanley Fed Hm Ln Bk 4% 3/24/11 | B | Interest | | | Sold | 3/24 | K | A | |
| 27. Morgan Stanley FHLB 5.050% due 2/14/13 | B | Interest | | | Sold | 2/14 | K | A | |
| 28. Morgan Stanley FHL Mtg Corp Med Term N 5% due 9/15/15 | B | Interest | | | Sold | 12/31 | K | A | |
| 29. MS Fed Home Ln Mtg Corp Med Term N 5% due 9/15/16 | B | Interest | K | T | | | | | |
| 30. MS Fed Hom LN BK 5% due 6/12/18 | A | Interest | K | T | Buy | 11/5 | K | | |
| 31. Morgan Stanley Global Dividend Growth Sec A | A | Dividend | J | T | | | | | |
| 32. Morgan Stanley Special Value Fund A | B | Dividend | J | T | | | | | |
| 33. Morgan Stanley Special Growth Fund A | A | Dividend | J | T | | | | | |
| 34. MS Focus Growth Fd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sack, Robert D. | 5/1/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MS Oppen. AMT Free NY Mun B (Class E xchange) | B | Dividend | K | T | | | | | |
| 36. Morgan Stanley Franklin NY Tax Free Inc B | B | Dividend | K | T | | | | | |
| 37. Goldman Sachs High Yld Muni A | A | Dividend | J | T | | | | | |
| 38. JPMorgan Federal Money Market Fund - Morgan | A | Dividend | K | T | | | | | |
| 39. Fiduciary Holdings ■ | C | Int./Div. | M | T | | | | | |
| 40. -Morgan Stanley Bank Deposit Program | | | | | | | | | |
| 41. -Morgan Stanley MTA NY Transit Zero Coupon Bond due 7/1/13 | | | | | | | | | |
| 42. -Morgan Stanley Franklin NY Tax Free Inc B | | | | | | | | | |
| 43. -Morgan Stanley Oppen. AMT Free NY Municipal Fund B | | | | | | | | | |
| 44. Neuberger State Street Mid Cap Growth Investor Class | A | Dividend | J | T | | | | | |
| 45. MS Active Assets Tax Free Trust (AH) (Y) | | | | | | | | | |
| 46. MS Pioneer Amt Free Muni A (AH) | B | Dividend | | | Transferred (to line 77) | 8/15 | L | | |
| 47. MS E V Amt Free Muni Bond A (AH) | C | Dividend | | | Transferred (to line 74) | 8/15 | L | | |
| 48. MS Phoenix Insight Tax Exempt Bd A (AH) | B | Dividend | | | Transferred (to line 81) | 8/15 | L | | |
| 49. MS Goldman Sachs High Yld Muni A (AH) | D | Dividend | | | Buy (add'l) | 4/11 | N | | |
| 50. | | | | | Transferred (to line 75) | 8/15 | N | | |
| 51. MS Oppenheimer Amt-Free NY Mun A (AH) | C | Dividend | | | Transferred (to line 76) | 8/15 | M | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 5/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MS American Tax-Exempt Bd Fd A (AH) | C | Dividend | | | Transferred (to line 80) | 8/15 | L | | |
| 53. RHH Trust (Y) | | | | | | | | | |
| 54. -Citigroup Bank Deposit Account | | | | | Distributed (part) | 2/22 | L | | |
| 55. | | | | | Distributed | 2/22 | L | | |
| 56. Citi Smith Barney Bank Deposit Program (AH) (Y) | | | | | | | | | |
| 57. MS Cash/MMF/Bank Deposit Accounts (AH) (Y) | | | | | | | | | |
| 58. MS Blackrock Munihldng NY Ins Fd (AH) | A | Dividend | | | Transferred (to line 72) | 8/15 | L | | |
| 59. MS Nuveen NY Invt Qual Muni Fund (AH) | A | Dividend | | | Transferred (to line 73) | 8/15 | L | | |
| 60. MS Van Kampen Muni Income A (AH) | B | Dividend | | | Transferred (to line 70) | 8/15 | L | | |
| 61. MS Van Eck Glob Hard Assets A (AH) | | None | | | Transferred (to line 71) | 8/15 | K | | |
| 62. MS E V AMT Free Muni Bond A (AH) | B | Dividend | | | Transferred (to line 66) | 8/15 | L | | |
| 63. MS American Tax-Exempt Bd Fd A (AH) | B | Dividend | | | Transferred (to line 69) | 8/15 | L | | |
| 64. Ameriprise Retirement Portfolio (AH) | E | Int./Div. | O | T | | | | | |
| 65. - Ameriprise Insured Money Market (X) | | | | | | | | | |
| 66. - Eaton AMT-Free Muni Bd A | | | | | Transferred (from line 62) | 8/18 | L | | |
| 67. - RSRV US Government R | | | | | Buy | 9/19 | O | | |
| 68. | | | | | Sold (part) | 11/13 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sack, Robert D. | 5/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   - Amer T/E Bond of Amer A | | | | | Transferred<br>(from line 63) | 8/18 | L | | |
| 70.   - VK Muni Income A | | | | | Transferred<br>(from line 60) | 8/18 | L | | |
| 71.   - Van Eck Gl Hard Assets A | | | | | Transferred<br>(from line 61) | 8/18 | L | | |
| 72.   - Blackrock Muni Holdings New | | | | | Transferred<br>(from line 58) | 8/18 | K | | |
| 73.   - Nuveen New York Invt Quality | | | | | Transferred<br>(from line 59) | 8/18 | K | | |
| 74.   - Eaton AMT-Free Muni Bd A | | | | | Transferred<br>(from line 47) | 8/22 | L | | |
| 75.   - GLD High Yield Mun A | | | | | Transferred<br>(from line 49) | 8/22 | N | | |
| 76.   - OPP AMT Free NY Muni A | | | | | Transferred<br>(from line 51) | 8/22 | M | | |
| 77.   - Pioneer AMT Free Muni A | | | | | Transferred<br>(from line 46) | 8/22 | L | | |
| 78.   - RSRV US Government R | | | | | Buy | 9/19 | M | | |
| 79. | | | | | Sold<br>(part) | 11/13 | L | | |
| 80.   - Amer T/E Bond of Amer A | | | | | Transferred<br>(from line 52) | 8/22 | L | | |
| 81.   - Phoenix Insight Tax Ex Bd A (X) | | | | | Transferred<br>(from line 48) | 8/22 | L | | |
| 82. | | | | | Transferred<br>(to line 83) | 10/17 | L | | |
| 83.   - Virtus Tax Exempt Bond A (X) | | | | | Transferred<br>(from line 81) | 10/17 | L | | |
| 84.   - RiverSource Retirement Advisor 4 Advantage VA-Annuity | | | | | | | | | |
| 85.   - Fred Alger Large Cap Growth IRA | | | | | Buy | 4/21 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 5/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - Franklin Intermediate Fixed Income IRA | | | | | Buy | 4/14 | O | | |
| 87. | | | | | Sold (part) | 4/14 | O | | |
| 88.  - Spectrum Hybrid Preferred IRA | | | | | Buy | 4/14 | L | | |
| 89.  - Renaissance International Equity IRA | | | | | Buy | 4/14 | L | | |
| 90.  - Alliancebernstein Large Cap Core IRA | | | | | Buy | 4/21 | M | | |
| 91.  - Munder Mid Cap Core IRA | | | | | Buy | 4/21 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 5/1/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Lines 59-61, JP Morgan Federal MMKT Fund - Morgan, on the 2007 Report have been deleted since they appeared on the 2007 Report twice (also at lines 40-42 on the 2007 report). The fund appears at line 38 on this 2008 Report.

Lines 81-83 represent security name change from Phoenix Insight Tax Exempt Bond A to Virtus Tax Exempt Bond A.

Line 64, Ameriprise Retirement Portfolio, is aggregated at lines 65-91.

The IRAs at lines 85 to 91 are part of the Ameriprise Retirement Portfolio at line 64. (No control over the assets within these IRAs.)

In the 2007 Report Part VII, page 8, line 71; page 9, lines 96, 97, 101 and 102; page 10, lines 109 and 111; and page 11 lines 121-126, assets were inadvertently reported. These assets are part of the RiverSource Retirment Advisor 4 Advantage VA-Annuity, at line 84 on this 2008 Report. No control over the assets within the annuity. This Annuity is part of the Ameriprise Retirement Portfolio at line 64.

A pending claim against Worldcom is currently in litigation (02 Civ. 3288 (DLC)). The worth of that claim cannot be determined at this time.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sack, Robert D. | US Court of Appeals, 2d Cir. | 5/1/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Circuit Judge (Active) | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 40 Foley Square, Suite 601 New York, NY 10007 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | William F. Kerby and Robert S. Potter Fund |
| 2. Lecturer in Law | Columbia Law School |
| 3. Member, Columbia Board of Visitors | Columbia Law School |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/3/98 | Practising Law Institute and Robert D. Sack, publication of 3rd edition of treatise on defamation law; royalty 15% of net receipts |
| 2. 1998 | Gibson, Dunn & Crutcher LLP Retirement Agreement between Gibson Dunn & Crutcher LLP and Robert D. Sack; Terms: $6,000 per month, no increase, decrease or cap |
| 3. | |

RECEIVED 2008 MAY 18 A 9: 50 FINANCIAL DISCLOSURE OFFICE

Sack_Robert_D2

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Practising Law Institute Book Royalties | $15,114.45 |
| 2. 2008 | Gibson, Dunn & Crutcher LLP Retirement Plan | $72,000.00 |
| 3. 2008 | Lecturer in Law, Columbia Law School | $7,500.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Dewey Ballantine Partnership Distribution |
| 2. 2008 | West Services Inc. |
| 3. 2008 | Katten Muchin Rosenman Retirement Payments |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Federal Bar Council | 10/24-26/2008 | Lenox, MA | Bench & Bar Retreat | Travel, Hotel, Food. |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank Aadvantage | Credit Card | J |
| 2. Citibank Aadvantage | Credit Card | J |
| 3. Chase Visa | Credit Card | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 5/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorgan Chase Accounts | A | Interest | L | T | | | | | |
| 2. JPMorgan 3916 US Govt MMKT Fund - Morgan | D | Dividend | | | Transferred (to line 3) | 7/11 | N | | |
| 3. JP Morgan 1086 US Govt MMKT Fund - Premier (formerly Morgan) | B | Dividend | N | T | Transferred (from line 2) | 7/11 | N | | |
| 4. Unsecured loan to David W. McClintick | | None | J | T | | | | | |
| 5. Dewey Ballantine Partnership Capital Account | | None | J | T | | | | | |
| 6. GD&C CitiStreet 401(k) | D | Interest | O | T | | | | | |
| 7. - SSgA Money Market Fund | | | | | | | | | |
| 8. Oppenheimer Advantage Municipal Liquidity Fund (Y) | | | | | | | | | |
| 9. Boeing Co. Common Stock | A | Dividend | J | T | | | | | |
| 10. Blackrock New York Insured Municipal Income Trust III | B | Dividend | K | T | | | | | |
| 11. Van Kampen Trust for Invt. Grade NY Municipals | A | Dividend | J | T | | | | | |
| 12. Oppenheimer NY Municipal Fund Cl A | C | Dividend | K | T | | | | | |
| 13. Oppenheimer NY SFSA 5% Due 3/15/10 | A | Int./Div. | K | T | Buy | 10/2 | K | | |
| 14. JPMorgan Chase Traditional IRA | A | Interest | J | T | | | | | |
| 15. Northwestern Mutual Life Insurance Policy | C | Dividend | L | T | | | | | |
| 16. Guardian Life Insurance Policy | A | Dividend | K | T | | | | | |
| 17. Massachusetts Mutual Life Insurance Policy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 5/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morgan Stanley Bank Deposit Program | A | Dividend | L | T | | | | | |
| 19. Morgan Stanley MTA 5.35 Zero Coupon Bond due 7/1/12 | A | Interest | K | T | | | | | |
| 20. MS New York Genl Oblig Ref Ser-C due 4/15/13 | A | Interest | K | T | | | | | |
| 21. MS NYS DA SECD Hosp Interfaith Med Bond 5.25 due 2/15/14 | C | Interest | | | Sold | 2/15 | L | A | |
| 22. Morgan Stanley LIPA 5.60 Zero Coupon Bond due 6/1/14 | A | Interest | K | T | | | | | |
| 23. MS NYS Power Auth Rev Ref Ser-C 4% due 11/15/20 | A | Interest | K | T | Buy | 10/29 | K | | |
| 24. MS NYC Genl Oblig Ser-I 4% Due 2/1/22 | B | Interest | L | T | Buy | 2/14 | K | | |
| 25. Morgan Stanley Fed Home Ln Mtg Med Tm N 4% 10/15/10 | B | Interest | | | Sold | 3/20 | K | A | |
| 26. Morgan Stanley Fed Hm Ln Bk 4% 3/24/11 | B | Interest | | | Sold | 3/24 | K | A | |
| 27. Morgan Stanley FHLB 5.050% due 2/14/13 | B | Interest | | | Sold | 2/14 | K | A | |
| 28. Morgan Stanley FHL Mtg Corp Med Term N 5% due 9/15/15 | B | Interest | | | Sold | 12/31 | K | A | |
| 29. MS Fed Home Ln Mtg Corp Med Term N 5% due 9/15/16 | B | Interest | K | T | | | | | |
| 30. MS Fed Hom LN BK 5% due 6/12/18 | A | Interest | K | T | Buy | 11/5 | K | | |
| 31. Morgan Stanley Global Dividend Growth Sec A | A | Dividend | J | T | | | | | |
| 32. Morgan Stanley Special Value Fund A | B | Dividend | J | T | | | | | |
| 33. Morgan Stanley Special Growth Fund A | A | Dividend | J | T | | | | | |
| 34. MS Focus Growth Fd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,000 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 5/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MS Oppen. AMT Free NY Mun B (Class E xchange) | B | Dividend | K | T | | | | | |
| 36. Morgan Stanley Franklin NY Tax Free Inc B | B | Dividend | K | T | | | | | |
| 37. Goldman Sachs High Yld Muni A | A | Dividend | J | T | | | | | |
| 38. JPMorgan Federal Money Market Fund - Morgan | A | Dividend | K | T | | | | | |
| 39. Fiduciary Holdings ● | C | Int./Div. | M | T | | | | | |
| 40. -Morgan Stanley Bank Deposit Program | | | | | | | | | |
| 41. -Morgan Stanley MTA NY Transit Zero Coupon Bond due 7/1/13 | | | | | | | | | |
| 42. -Morgan Stanley Franklin NY Tax Free Inc B | | | | | | | | | |
| 43. -Morgan Stanley Oppen. AMT Free NY Municipal Fund B | | | | | | | | | |
| 44. Neuberger State Street Mid Cap Growth Investor Class | A | Dividend | J | T | | | | | |
| 45. MS Active Assets Tax Free Trust (AH) (Y) | | | | | | | | | |
| 46. MS Pioneer Amt Free Muni A (AH) | B | Dividend | | | Transferred (to line 80) | 8/15 | L | | |
| 47. MS E V Amt Free Muni Bond A (AH) | C | Dividend | | | Transferred (to line 77) | 8/15 | L | | |
| 48. MS Phoenix Insight Tax Exempt Bd A (AH) | B | Dividend | | | Transferred (to line 84) | 8/15 | L | | |
| 49. MS Goldman Sachs High Yld Muni A (AH) | D | Dividend | | | Buy (add'l) | 4/11 | N | | |
| 50. | | | | | Transferred (to line 78) | 8/15 | N | | |
| 51. MS Oppenheimer Amt-Free NY Mun A (AH) | C | Dividend | | | Transferred (to line 79) | 8/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 5/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MS American Tax-Exempt Bd Fd A (AH) | C | Dividend | | | Transferred (to line 83) | 8/15 | L | | |
| 53. RHH Trust (Y) | | | | | | | | | |
| 54. -Citigroup Bank Deposit Account | | | | | Distributed (part) | 2/22 | L | | |
| 55. | | | | | Distributed | 2/22 | L | | |
| 56. Citi Smith Barney Bank Deposit Program (AH) (Y) | | | | | | | | | |
| 57. MS Cash/MMF/Bank Deposit Accounts (A H) (Y) | | | | | | | | | |
| 58. MS Blackrock Munihldng NY Ins Fd (AH) | A | Dividend | | | Transferred (to line 73) | 8/15 | L | | |
| 59. MS Nuveen NY Invt Qual Muni Fund (AH) | A | Dividend | | | Transferred (to line 74) | 8/15 | L | | |
| 60. MS Van Kampen Muni Income A (AH) | B | Dividend | | | Transferred (to line 71) | 8/15 | L | | |
| 61. MS Van Eck Glob Hard Assets A (AH) | | None | | | Transferred (to line 72) | 8/15 | K | | |
| 62. MS E V AMT Free Muni Bond A (AH) | B | Dividend | | | Transferred (to line 67) | 8/15 | L | | |
| 63. MS American Tax-Exempt Bd Fd A (AH) | B | Dividend | | | Transferred (to line 70) | 8/15 | L | | |
| 64. Ameriprise Retirement Portfolio (AH) | E | Int./Div. | O | T | | | | | |
| 65. (SPS Advantage with One Features holdings follow) | | | | | | | | | |
| 66. - Ameriprise Insured Money Market | | | | | | | | | |
| 67. - Eaton AMT-Free Muni Bd A | | | | | Transferred (from line 62) | 8/18 | L | | |
| 68. - RSRV US Government R | | | | | Buy | 9/19 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 5/1/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/13 | N | | |
| 70. - Amer T/E Bond of Amer A | | | | | Transferred (from line 63) | 8/18 | L | | |
| 71. - VK Muni Income A | | | | | Transferred (from line 60) | 8/18 | L | | |
| 72. - Van Eck Gl Hard Assets A | | | | | Transferred (from line 61) | 8/18 | L | | |
| 73. - Blackrock Muni Holdings New | | | | | Transferred (from line 58) | 8/18 | K | | |
| 74. - Nuveen New York Invt Quality | | | | | Transferred (from line 59) | 8/18 | K | | |
| 75. (Strategic Portfolio Servcie Advantage hol dings follow) | | | | | | | | | |
| 76. - Ameriprise Insured Money Market | | | | | | | | | |
| 77. - Eaton AMT-Free Muni Bd A | | | | | Transferred (from line 47) | 8/22 | L | | |
| 78. - GLD High Yield Mun A | | | | | Transferred (from line 49) | 8/22 | N | | |
| 79. - OPP AMT Free NY Muni A | | | | | Transferred (from line 51) | 8/22 | M | | |
| 80. - Pioneer AMT Free Muni A | | | | | Transferred (from line 46) | 8/22 | L | | |
| 81. - RSRV US Government R | | | | | Buy | 9/19 | M | | |
| 82. | | | | | Sold (part) | 11/13 | L | | |
| 83. - Amer T/E Bond of Amer A | | | | | Transferred (from line 52) | 8/22 | L | | |
| 84. - Phoenix Insight Tax Ex Bd A (X) | | | | | Transferred (from line 48) | 8/22 | L | | |
| 85. | | | | | Transferred (to line 86) | 10/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 5/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Virtus Tax Exempt Bond A (X) | | | | | Transferred (from line 84) | 10/17 | L | | |
| 87. - RiverSource Retirement Advsor 4 Advantage VA-Annuity | | | | | | | | | |
| 88. (Ameriprise Retirement Portfolio IRAs follow) | | | | | | | | | |
| 89. - Fred Alger Large Cap Growth IRA | | | | | Buy | 4/21 | L | | |
| 90. - Franklin Intermediate Fixed Income IRA | | | | | Buy | 4/14 | O | | |
| 91. | | | | | Sold (part) | 4/14 | O | | |
| 92. - Spectrum Hybrid Preferred IRA | | | | | Buy | 4/14 | L | | |
| 93. - Renaissance International Equity IRA | | | | | Buy | 4/14 | L | | |
| 94. - Alliancebernstein Large Cap Core IRA | | | | | Buy | 4/21 | M | | |
| 95. - Munder Mid Cap Core IRA | | | | | Buy | 4/21 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 5/1/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Lines 59-61, JP Morgan Federal MMKT Fund - Morgan, on the 2007 Report have been deleted since they appeared on the 2007 Report twice (also at lines 40-42 on the 2007 report). The fund appears at lines 39-40 on this 2008 Report.

Lines 86-88 represent security name change from Phoenix Insight Tax Exempt Bond A to Virtus Tax Exempt Bond A.

A pending claim against Worldcom is currently in litigation (02 Civ. 3288 (DLC)). The worth of that claim cannot be determined at this time.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sack, Robert D. | 5/1/2009 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544